**FILED**
December 1, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,        )<br>v.                              )<br>                                 )<br>LEO WHEELER,              )<br>            Defendant.      )<br>_____) | Case No. CR.S-10-0492-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LEO WHEELER, Case No. CR.S-10-0492-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

  X     Bail Posted in the Sum of: $75,000.00

      X     Co-Signed Unsecured Appearance Bond

     _____   Secured Appearance Bond

      X     (Other) Conditions as stated on the record.

      X     (Other) Bond paperwork to be filed by 12/02/10.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12-01-10  at  2:38 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge