DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LEO WHEELER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br>LEO WHEELER,                 )<br>                             )<br>            Defendant.       )<br>                             )<br>_____) | Cr.S. 10-492-GEB<br><br>**STIPULATION AND ORDER**<br><br>DATE: April 22, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

     It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG Assistant U.S. Attorney, and defendant, LEO WHEELER, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, March 11, 2011, be continued to Friday, April 22, 2011, at 9:00 a.m..

     The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

     It is further stipulated that the time period from the date of this stipulation, March 7, 2011, through and including the date of the new

```
 1  status conference hearing, April 22, 2011, shall be excluded from
 2  computation of time within which the trial of this matter must be
 3  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
 4  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
 5  prepare].
 6  DATED: March 7, 2011           Respectfully submitted,
 7                                 DANIEL J. BRODERICK
                                   Federal Defender
 8
                                   /s/ Matthew M. Scoble
 9                                 MATTHEW M. SCOBLE
                                   Assistant Federal Defender
10                                 Attorney for Defendant
                                   LEO WHEELER
11

12
    DATED: March 7, 2011           BENJAMIN B. WAGNER
13                                 United States Attorney

14                                 /s/ Matthew M. Scoble
                                   RUSSELL CARLBERG
15                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 22, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  March 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2