1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LEO WHEELER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br> LEO WHEELER,                  )<br>                              )<br>           Defendant.         )<br> _____) | Cr.S. 10-492-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: May 20, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

   It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG Assistant U.S. Attorney, and defendant, LEO WHEELER, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, April 22, 2011, be continued to Friday, May 20, 2011, at 9:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   It is further stipulated that the time period from the date of this stipulation, April 20, 2011, through and including the date of the new

status conference hearing, May 20, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: April 20, 2011         Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Matthew M. Scoble
                              MATTHEW M. SCOBLE
                              Assistant Federal Defender
                              Attorney for Defendant
                              LEO WHEELER


DATED: April 20, 2011         BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Matthew M. Scoble
                              RUSSELL CARLBERG
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 20, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: April 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge