```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEO WHEELER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-10-492 GEB |
| ) | |
| Plaintiff, ) | **AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. ) | |
| ) | |
| LEO WHEELER, ) | Date: August 26, 2011 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG Assistant U.S. Attorney, and defendant, LEO WHEELER, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference hearing date of Friday, July 1, 2011, be vacated and a new status conference hearing date of Friday, August 26, 2011, at 9:00 a.m., be set. The reason for this continuance is because counsel is still reviewing documents, and is considering a plea deal. This is likely to be the last such stipulation.

It is further stipulated that the time period from the date of this stipulation, June 30, 2011, through and including the date of the new status conference hearing, August 26, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: June 30, 2011                                      Respectfully submitted,

|  |  |
|---|---|
|  | DANIEL J. BRODERICK<br>Federal Defender<br><br>*/s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for Defendant<br>LEO WHEELER |
| Dated: June 30, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Matthew M. Scoble for*<br>RUSSELL CARLBERG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on July 5, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for July 1, 2011, be vacated and that the case be set for **August 26, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 5, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including August 26, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: July 5, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge