DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LEO WHEELER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>LEO WHEELER,<br><br>            Defendant. | Cr.S. 10-492-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE:  December 9, 2011<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG Assistant U.S. Attorney, and defendant, LEO WHEELER, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the judgment and sentencing set for Friday, November 18, 2011, be continued to Friday, December 9, 2011, at 9:00 a.m. for status conference.  The reason for this continuance is for the defense counsel to receive and review the plea agreement with the client. Further, the government represents that one or more of the victims would like to address the Court.  This continuance will facilitate coordinating the victims' schedule.

1    It is further stipulated that the time period from the date of this
2 stipulation, November 17, 2011, through and including the date of the
3 new status conference hearing, December 9, 2011, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7 prepare].

DATED: November 17, 2011          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Matthew M. Scoble
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  LEO WHEELER


DATED: November 17, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Matthew M. Scoble
                                  RUSSELL CARLBERG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 9, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge