DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LEO WHEELER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEO WHEELER, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Cr.S. 10-492-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> DATE:  December 23, 2011 <br> TIME:  9:00 a.m. <br> JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG Assistant U.S. Attorney, and defendant, LEO WHEELER, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, December 9, 2011, be continued to Friday, December 23, 2011, at 9:00 a.m. for status conference.  The reason for this continuance is for the to allow for the preparation of a presentence report. Further, the government represents that one or more of the victims would like to address the Court.  This continuance will facilitate coordinating the victims' schedule.

1    It is further stipulated that the time period from the date of this stipulation, December 9, 2011, through and including the date of the new status conference hearing, December 23, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

```
DATED: December 7, 2011          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Matthew M. Scoble
                                 MATTHEW M. SCOBLE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LEO WHEELER


DATED: December 7, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Matthew M. Scoble
                                 RUSSELL CARLBERG
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 23, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  December 8, 2011

```
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge
```

2