DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LEO WHEELER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>LEO WHEELER,<br><br>           Defendant. | Cr.S. 10-492-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: February 3, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through RUSSELL CARLBERG Assistant U.S. Attorney, and defendant, LEO WHEELER, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the judgment and sentencing set for Friday, December 23, 2011, be continued to Friday, February 3, 2012, at 9:00 a.m. for judgment and sentencing.  Per pre-trial services officer Lynda Moore, the continuance will give sufficient time for the Pre-Sentence Report to be completed.  Further, the government represents that one or more of the victims would like to address the Court.  This continuance will facilitate coordinating the victims' schedule.

It is further stipulated that the time period from the date of this stipulation, December 9, 2011, through and including the date of the new judgment and sentencing hearing, February 3, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: December 7, 2011          Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew M. Scoble
                                        MATTHEW M. SCOBLE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LEO WHEELER

DATED: December 7, 2011          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Matthew M. Scoble
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 3, 2012, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A) & (B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  December 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2