UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
Before the Honorable Garland E. Burrell

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL MINUTES** |
| | Case No.:  10-492-GEB |
| v. | Date of Hearing:  April 13, 2012 |
| | Deputy Clerk: Shani Furstenau |
| **LEO WHEELER** | Court Reporter/ECRO: Michelle Babbitt |
| _____/ | |

**For the Government**:

Russell Carlberg,
Assistant United States Attorney

**For the Defendant(s)**:

Matthew Scoble,
[] Assistant Federal Defender
[] Appointed   [] Retained

**Interpreter Previously Sworn**:

**Defendant**:
[x] Present     [] In Custody     [] Not in Custody     [] O/R     [x] Bail     [] No Appearance     [] Waived     [] Failed to Appear

---

**JUDGMENT AND SENTENCING to Count(s) 1 of the   Indictment Plea entered August 26, 2011.**

| | | | |
|---|---|---|---|
| imprisonment: | 51 months | | |
| surrender date: | | | |
| term of supervised release: | 36 months | | |
| recommendation: | Atwater or Lompoc, CA | deft fined: | [x] fine waived. |
| restitution: | 985,000 | payable to: | |
| special assessment: | 100 | bail exonerated: | |
| right to appeal given: | No | [x] appeal rights waived. | |
| Special Conditions: | See J & C Order | | |
| **Other:** | Government's motion to dismiss Counts 2 through 29 granted. | | |

---

Proceeding Time: 35 minutes